# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES KEVIN GUIDRY AND
CHRISTINA GUIDRY

NO.  2025 CW 0465

VERSUS

SCOTT ANDERSON, M.D., AND
OUR LADY OF THE LAKE
REGIONAL MEDICAL CENTER

CONSOLIDATED WITH

JAMES KEVIN GUIDRY AND
CHRISTINA GUIDRY

VERSUS

**JULY 28, 2025**

JASON E. SMITH, M.D.

---

In Re:     Jason E. Smith, M.D., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 750268 c/w 716889.

---

BEFORE:   **THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT